# CRIMINAL DOCKET

Southern District of Texas

CRIMINAL No. 4:24-cr-00114

Transfer of Jurisdiction of Supervised Release or Probation.
Transferring Court Eastern District of Texas

Date Filed 02/27/2024

Judge Bennett, Alfred H.

UNITED STATES OF AMERICA
v.

Demarcus Dewayne Elam

Charge:   Receipt of a firearm while under indictment [18 U.S.C. § 922(n)]

Penalty:  24 months (to run consecutively to state charges), fine waived, $100
special assessment, 3 years supervised release