IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § |
| versus | § CASE NO. 1:20CR00092-1 |
| | § |
| Demarcus Dewayne Elam | § |

**Sealed Order on Petition for Warrant or Summons for Offender Under Supervision**

The Court has reviewed the Petition for **Warrant or Summons** for Offender Under Supervision filed on February 15, 2024 , and orders that a warrant be issued for the offender to appear and show cause why his supervision should not be revoked:

✓ Grant
☐ See Judge

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE